# United States Court of Appeals
# for the Federal Circuit

---

**PIXION, INC.,**
*Plaintiff-Appellant,*

v.

**CITRIX SYSTEMS, INC.,** AND **CITRIX ONLINE, LLC,**
*Defendants-Appellees.*

---

2012-1636

---

Appeal from the United States District Court for the Northern District of California in No. 09-CV-3496, Judge Susan Y. Illston.

---

**JUDGMENT**

---

COLBY B. SPRINGER, Lewis and Roca, LLP, of Mountain View California, argued for plaintiff-appellant. Of counsel was SHANE E. OLAFSON, of Phoenix, Arizona.

BLAIR M. JACOBS, McDermott Will & Emery, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were SARAH CHAPIN COLUMBIA and LEIGH J. MARTINSON, of Boston, Massachusetts. Of counsel on the brief was TERRY W. AHEARN, of Menlo Park, California. Of counsel was BRYAN KEITH JAMES, of Menlo Park, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, AND DYK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 19, 2013                     /s/ Jan Horbaly
        Date                             Jan Horbaly
                                             Clerk